NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


A. S. J.,                                            )
                                                     )
                Appellant,                           )
                                                     )
v.                                                   )
                                                     )       Case No.  2D18-383
C. I.,                                               )
                                                     )
                Appellee.                            )
                                                     )
_____ )

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Susan St. John, Judge.

Adrian S. Johnson, pro se.

No appearance for appellee.



PER CURIAM.


                Affirmed.


KELLY, SLEET, and SALARIO, JJ., Concur.